### DONALD R. GROODY *v.* LOEHMANN-BLASIUS CHEVROLET, INC.
### (4047)

DUPONT, C. J., BORDEN and SPALLONE, Js.

Argued February 5—decision released March 4, 1986

*Robert J. Nichols,* for the appellant (defendant).
*Donald R. Groody,* pro se, the appellee (plaintiff).

PER CURIAM. There is no error.